IN THE CIRCUIT COURT IN AND FOR PINELLAS COUNTY, FLORIDA

CIVIL ACTION

NYDIA FELDNER, as Personal
Representative of the Estate of
LYDIA CARMEN FERNANDEZ,

        Plaintiff,

vs.

KV PHARMACEUTICAL COMPANY,
ETHEX CORPORATION and THER-RX
CORPORATION,

        Defendants.

_____/

CASE NO.: 10006809-CI-015

DEMAND FOR JURY TRIAL

RECEIVED
CIVIL COURT RECORDS
APR 28 2010
KEN BURKE
CLERK CIRCUIT COURT
PINELLAS COUNTY

**COMPLAINT**

Plaintiff Nydia Feldner ("Plaintiff"), as Personal Representative of the Estate of Lydia Carmen Fernandez (the "Decedent"), sues Defendants, KV Pharmaceutical Company ("KV"), ETHEX Corporation ("ETHEX") and Ther-Rx Corporation ("Ther-Rx") (collectively, "Defendants") and alleges:

1. This is an action pursuant to Florida's Wrongful Death Act, F.S. §768.16 *et seq.*

2. Plaintiff, a resident and citizen of New York, is the sister and the personal representative to be appointed of the estate of the Decedent, who died on or about May 7, 2008 in Pinellas County, Florida as a result of the incident described in this Complaint.

3. The Decedent left one "survivor," a "minor child" within the meaning of the Wrongful Death Act, F.S. §768.18(1), (2), ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (the "Minor Child"). The Minor Child resides in New York, with Plaintiff, who is the Minor Child's legal guardian.

PDF created with pdfFactory trial version www.pdffactory.com

4. KV is a manufacturer and distributor of prescription drugs, including Morphine Sulfate Immediate Release 30mg tablets (the "30mg Morphine Tablets").

5. ETHEX is a wholly-owned subsidiary of KV. ETHEX is a distributor and marketer of prescription drugs, including the 30mg Morphine Tablets.

6. Ther-Rx is a wholly-owned subsidiary of KV. Ther-Rx is a distributor and marketer of prescription drugs, including the 30mg Morphine Tablets.

7. On March 3, 2008, the Decedent filled a prescription for 150 of the 30mg Morphine Tablets for back pain, in Pinellas County, Florida.

8. The 30mg Morphine Tablets contained excessive amounts of morphine, a narcotic pain medicine. The 30mg Morphine Tablets, together with several other drugs manufactured and distributed by Defendants, were the subject of an extensive recall by Defendants on November 7, 2008, "due to the possibility that they may contain . . . more than the intended levels of the active drug ingredient." This recall for manufacturing defects was expanded on January 26, 2009.

9. The 30mg Morphine Tablets were unreasonably dangerous in the following respects:

   a. When taken as prescribed, they posed a substantial risk of injury or death to consumers.

   b. They lacked any warning alerting consumers that they contained excessive amounts of morphine.

   c. They did not conform to their intended design and did not perform as safely as the intended designed would have performed.

PDF created with pdfFactory trial version www.pdffactory.com

      d.    They failed to perform as safely as an ordinary consumer would expect when used as intended or in a manner foreseeable to Defendants.

      e.    Their risk of danger outweighed any potential benefits associated with their use.

10.    On May 7, 2008, the Decedent's lifeless body was discovered by the Minor Child. The Decedent's death was caused by an overdose of morphine, which in turn was caused by taking the 30mg Morphine Tablets.

11.    Defendants collectively placed the 30mg Morphine Tablets in the stream of commerce.

12.    The 30mg Morphine Tablets were expected to and did reach the Decedent without substantial change affecting their condition.

13.    The 30mg Morphine Tablets were defective.

14.    The 30mg Morphine Tablets were used by the Decedent as intended, in accordance with her prescription, or in a manner reasonably foreseeable to Defendants.

WHEREFORE, Plaintiff prays for

- A jury trial.
- Damages for the Decedent's Minor Child, for the value of lost support and services from the date of the Decedent's injury to her death, with interest, and future loss of support and services from the date of death and reduced to present value.
- Damages for the Decedent's Minor Child, for lost parental companionship, instruction, and guidance and for mental pain and suffering.
- Damages for the Estate, for the Decedent's funeral expenses, lost earnings or net accumulations, and any medical expenses occasioned by the Decedent's death.

PDF created with pdfFactory trial version www.pdffactory.com

- Damages in excess of $15,000.00.
- Costs and interest as allowed by law.

<u>**JURY TRIAL DEMANDED ON ALL ISSUES**</u>

Dated this 27th day of April, 2010.

*/s/ David J. Sales/*

David J. Sales, Esquire
Florida Bar No.: 794732
Brenda S. Fulmer, Esquire
Florida Bar No.: 999891
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax: (561) 383-9498
Attorneys for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com